United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN NGEHSI NEWANFORBI,
Plaintiff,

v.

SHANNON SMITH, et al.,
Defendants.

Case No. 26-cv-07504-LJC

**ORDER CONTINUING MOTION HEARING**

Re: Dkt. No. 15

Defendants filed a motion to dismiss on September 21, 2026, which they noticed for a hearing on October 20, 2026. ECF No. 15. Civil Local Rule 7-1(a) requires motions to be "noticed . . . for hearing not less than 35 days after filing of the motion." The hearing is therefore CONTINUED to October 27, 2026 at 10:30 AM in Courtroom G of the San Francisco courthouse at 450 Golden Gate Avenue.

That continuance does not alter the October 5, 2026 deadline for Plaintiff's opposition brief or the October 13, 2026 deadline for Defendants' reply. *See* Civ. L.R. 7-3(a), (c).

**IT IS SO ORDERED.** Dated: September 22, 2026

LISA J. CISNEROS
United States Magistrate Judge