United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN NGEHSI NEWANFORBI,
Plaintiff,

v.

SHANNON SMITH, et al.,
Defendants.

Case No. 26-cv-07504-LJC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The initial case management conference previously set for October 22, 2026 (*see* ECF No. 4) is CONTINUED to October 27, 2026 at 10:30 AM in Courtroom G, to coincide with the hearing on Defendants' Motion to Dismiss. *See* ECF No. 15 (Motion); ECF No. 22 (continuing motion hearing).

**IT IS SO ORDERED.**

Dated: October 6, 2026

LISA J. CISNEROS
United States Magistrate Judge