UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN NGWA NFORBI,
Plaintiff,

v.

SHANNON SMITH, et al.,
Defendants.

Case No. 26-cv-07504-LJC

**ORDER DEFERRING RULING ON THE MOTION TO DISMISS, SETTING DEADLINE FOR STATUS REPORT, STAYING DISCOVERY, AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 15

On October 27, 2026, the Court held a hearing on Defendants' Motion to Dismiss, ECF No. 15, at which Plaintiff and counsel for Defendants appeared. Among other issues raised by the Motion, one concern is the absence of a judgment in Plaintiff's case filed in the Superior Court of California, County of San Joaquin — *Newanforbi v. Palacios*, No. STK-CV-UF-2026-0001032. Counsel for Defendants intends to move the state court judge for entry of judgment under California Code of Civil Procedure § 581(f)(1).

In light of this update, the Court defers ruling on the pending Motion to Dismiss until the Court receives a further update concerning the status of a judgment in the state court action. By November 17, 2026, the parties shall file a joint status report that indicates whether a judgment has been entered in the state court case. The status report shall include a true and correct copy of the judgment if one has been entered. If a state court judgment is not indicated in the November 17, 2026 joint status report, then by the 17th day of each month thereafter, the parties shall file a joint status report indicating whether a judgment has entered. These monthly status reports shall be filed until either a judgment has been entered in the state case, or the last status report is filed on May 17, 2027. If a judgment is entered in the state court action, the parties shall file a joint status report indicating such and providing a true and correct copy of the judgment no later than

United States District Court
Northern District of California

one week after a party has received notice of entry of the judgment, rather than simply waiting to notify the Court in the next monthly status report.

In the interest of efficiency, discovery is stayed until further order of the Court. The Court sets a further Case Management Conference for June 17, 2027 at 1:30 p.m. A Joint Case Management Statement is due by June 10, 2027.

**IT IS SO ORDERED.**

Dated: October 27, 2026

LISA J. CISNEROS
United States Magistrate Judge